

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00474-CR

| | | |
|---|---|---|
| Ex parte Justin Green | § | From the 97th District Court |
| | § | of Clay County (2012-0002C-CR) |
| | § | February 13, 2014 |
| | § | Opinion by Justice Meier |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier_____
    Justice Bill Meier